MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

CARL HUNTER THE Treasurer Trustee world USA

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

District of Asia
Joseph Biden / Kamala Harris
USA Health Care
world

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 2:21-cv-12830
Judge: Michelson, Laurie J.
MJ: Grand, David R.
Filed: 12-03-2021
CMP HUNTER vs. DISTRICT OF ASIA, et al (tt)

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No
*(check one)*



FILED
DEC 03 2021
U.S. DISTRICT COURT
FLINT, MICHIGAN

**Complaint for a Civil Case**

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Carl Hunter AE Treasurer Trustee World USA
- Street Address: 902 E Court
- City and County: Flint / Genesee
- State and Zip Code: MI 48503
- Telephone Number: 810 394-6324
- E-mail Address: HCarl6784@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: DJ China, Japan Korea
- Job or Title (if known):
- Street Address: District of Asia (outside)
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Joseph Biden
- Job or Title (if known): 46 USA President For nly
- Street Address: E Headline
- City and County:
- State and Zip Code: 1600 Pennsylvania
- Telephone Number: Washington DC
- E-mail Address (if known): 202 456 1111

2

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3

Name: Kamala Harris
Job or Title (if known): Vice President
Street Address: US Naval Base
City and County:
State and Zip Code: Pennsylvania
Telephone Number:
E-mail Address (if known):

Defendant No. 4

Name:
Job or Title (if known):
Street Address: World Order
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.


Treason

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____,
      is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____,
      is incorporated under the laws of the State of *(name)*
      _____, and has its principal place of business in the
      State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the
      State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation
      The defendant, *(name)* _____, is incorporated
      under the laws of the State of *(name)* _____, and
      has its principal place of business in the State of *(name)*
      _____. *Or* is incorporated under the laws of
      *(foreign nation)* _____, and has its principal place
      of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Nation Debt $28 Trillion dollar & climbing

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The USA president current & older one with my Birthday Bill Clinton Obama Tromp Bush & Cortur has not Transfer money from my E.Hoodline to a account to settle the Nation Debt & haven't seen court give me trial on this & my Michigan Property I was Thrown out of wrong landbank Case 19-1964 or Supreme Court hasn't help me address them on & off the Record so I like be Deported like Case 18-2020 say To Rome where Bible Propecy tell me to live & Israel (overseas) is my Final wishes Burial place Am a Israelite To The World Run off my E.Hoodline Am not Guy or Homosexual or Bi Stop Slander & pssoutt If I cant get out of USA Burial outside of Michigan Case 15-1934 libel

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I want money I need out of Torture By District of Aw 2 Corn: ch 1 in the Bible I want out of public Housing where I've Torture 597 days since Thrown me out of Flint MI Home of 40yr Case 19-1964 or Deported with Case 18-2020
Free From Assault Sexual Assault & Rape Not Flesh & Blood and idol in Steel De. ch 27 in Bible Curse People

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/3, 2021.

Signature of Plaintiff: Carl Hunt the treasure trusted world use

Printed Name of Plaintiff: Carl Hunt the treasure trusted world use

6

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**

I am the Richest man in the world Carl Hunter

My Family immediate 3 Buried with No Headstone Need Headstone in Flint MI on Flushing RD

The other 4 immediate Family has watch this S.4 20 days at DSSOUH in prison & out of prison with 2 women living with them that suck my dick here died in Richert Manor yrs ago This is gone on 597 day Flint MI apt 501 in public Housing

Pay Fraud Rent in Public housing For what Getting kill wrong 20 months

local police Report Government To T Green Chief of Police No Help From Dan Kildee Debbie Stabenow with love

Gov. Gretchen Stop Perverting Justice Pay what you got & owe

Let me out with money I fought ta ta like a Champ 12·3·2021

I want out of state of Michigan alive   Raid Night

Case Numbers
Justice World

| US District Court MI Western District | US Court of Appeals Sixth Circuit | ATL, GA District Court | US Court of Appeals 11 Circuit |
|---|---|---|---|
| :10 cv 260 | 13-b2222 | 1:18 cv 0269 | 18-14602 |
| 2:11 cv 224 | 11-2042 | | |
| 2:11 cv 217 | 11-2008 | **District Court MI Eastern** | **US Court of Appeals Sixth Circuit** |
| :11 cv 216 | 11-1983 | 19-10354 | 19-1388 |
| :11 cv 196 | 13-1523 | 19-mc50914 | 19-1964 |
| 11 cv 122 | 13-1703 | 18 cv 12407 | 18-2020 |
| 11 cv 108 | 11-2007 | 15 cv 12826 | 15-2340 |
| 11 cv 102 | 11-2009 | 15 cv 12576 | 15-1934 |
| 11 cv 101 | 13-1519 | 2:11 cv 12482 | 15-1173 |
| 11 cv 100 | 11-1668 | | |

State of Michigan Case 07-19947-FC #1 E
Carl v Hunter
Department of Justice    12-1-2021
Civil Right Division

68-37-0428 277
68-37-~~4428~~ 0/692006

Pardon Paper DOJ
Carl Hunter
File 6-19-2013

United Nation
International Court of Justice
Crime against Humanity

| District Court MI, Western | US Court of Appeals Six Circuit |
|---|---|
| 1:13 cv 38 | 13-1524 |
| 1:13 cv 956 | 15-1189 |
| 1:13 cv 815 | 15-1187 |
| 1:13 cv 814 | 15-1190 |
| 1:13 cv 965 | 13-2540 |
| 1:13 cv 706 | 13-2459 |
| 1:13 cv 664 | 13-2227 |
| 1:13 cv 851 | 13-2115 |
| 1:13 cv 192 | 13-2170 |
| 1:13 cv 170 | 13-2215 |
| 1:13 cv 135 | 13-2114 |
| 1:13 cv 119 | 13-2221 |
| 1:13 cv 101 | 13-1623 |
| 1:13 cv 88 | 13-1622 |

#1 E
11-25-2021

Carl dunn Trahan trustee world

USA Government hasn't yet paid my 28 Trillion & climbing debt for my Etherlive yet it should be Transfer for my Headline to B account Icw vet

Nov. 26 2021 Black Friday A white lady has Thrown disease on my hevenly Body a neck e Back a chek women I guess like who kill my Body since prison over 7½ yrs ago. No help from local police T Green of local FBI & Federal police How did world look at that another yr & Thanksgiving 35 day till new year 2 report went missing so far White House & DOJ No sex with women in over a yr She's Been Kept from me with 15 yr of tortures Rape with machine not flesh Blood but a all out assault on my Body She owe me Money for that I've Been slander another & assault libel Juridition Defendant District of Asia & USA Government E NOT Because I never will like Homosexual I never fleshly sex with men & don't Believe in them They owe money for this machine violence & rope of a Hevenly Body Ephesians chp 6: 11-24

I Been torture in Flint MI public Housing      Ephesians chp 4:28
Richest move 590 day & Kowting                 JE
in world also watching
                                                11-26-2021

Original - Court
1st copy - Center
2nd copy - Defense
3rd copy - Prosecuting official
4th copy - Sheriff

Approved, SCAO

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | ORDER FOR EVALUATION<br>RELATIVE TO<br>CRIMINAL RESPONSIBILITY | CASE NO.<br>07-019947-FC<br>Judge Fullerton |
|---|---|---|

Court address: 900 SOUTH SAGINAW STREET, FLINT, MICHIGAN 48502-1526
Court telephone no. (810) 257-3220
ORI MI-

THE PEOPLE OF
XX The State of Michigan
☐ _____

v

Defendant's name, address, and telephone no.
Carl Hunter
401 W. Bishop
Flint, MI 48505
CTN      SID      DOB 4/19/67

| Count | CRIME | CHARGE CODE(S)<br>MCL citation/PACC Code |
|---|---|---|
| 1 | Assault with inteent to murder | 750.83 |
| 2 | Weapons--possession by a felon | 750.224 (f) |
| 3 | Weapons---felonly firearm | 750.227b |

Date of hearing: _____ Judge: _____ Bar no. _____

Based upon the filing of a *Motion for evaluation for a criminal responsibility*

1. The defendant shall undergo an examination, relating to his or her claim of insanity, by personnel of:
   XX the Center for Forensic Psychiatry.
   ☐ the 3rd Circuit Court Clinic.
   ☐ other:

A written report meeting the statutory requirements shall be submitted to this court within 60 days from the date of this order with copies submitted to the prosecuting official and defense attorney, whose names and addresses are:

Prosecuting official's name, address, bar no., and telephone no.
Tamara J. Phillips (P-56505)
Assistant Prosecuting Attorney
900 S. Saginaw St.
Flint, MI 48502

Defendant attorney's name, address, bar no., and telephone no.
**BRUCE E. DOLL P-12844**
**ATTORNEY AT LAW**
**3312 S. Center Road**
**Burton, MI 48519**
**810-742-5030**

2. If the defendant is on bond, s/he shall appear for examination at the places and times established by the examining facility. If the defendant, after being notified, fails to appear for examination, the court may order detention for examination without hearing. This detention shall end upon completion of the examination.
3. If the defendant is under detention, the facility may perform the examination in jail or may notify the sheriff to transport the defendant to the facility for examination, and the sheriff shall return the defendant to the jail upon completion of the examination.
4. The prosecuting official shall immediately provide police investigation reports and criminal history to the facility.
5. Defendant shall cooperate fully and provide access to medical and psychiatric history.
6. Additional orders:

Date: 9-27-07

Judge: Judith A. Fullerton, Circuit Judge

MC 206 (12/97) ORDER FOR EVALUATION RELATIVE TO CRIMINAL RESPONSIBILITY     MCL 330.2050; MSA 14.800(1050)



**Michigan Department of Corrections**
**PRISONER PRE-RELEASE NOTICE**

CSJ-2.
REV. 4/09
4835-3290

# AS A CONVICTED FELON, THIS IS A FORMAL NOTICE THAT YOU ARE SUBJECT TO THE FOLLOWING FEDERAL FIREARMS STATUTES AND MICHIGAN PAROLE CONDITION:

**USING, CARRYING OR POSSESSING A FIREARM OR AMMUNITION [18 USC 922(g) AND 18 USC 924 (e)]**

If you use, brandish, display, carry or otherwise possess a firearm, you are in violation of this federal statute, which is punishable by a minimum of 5 years (and up to 10 years) imprisonment without parole. Convicted felons with 3 or more prior convictions for a felony crime of violence and/or drug trafficking felony may receive a minimum sentence of 15 years without parole.

**USING, CARRYING OR POSSESSING A FIREARM IN CONNECTION WITH A DRUG TRAFFICKING CRIME OR CRIME OF VIOLENCE [18 USC 924(c)]**

If you are convicted of having a firearm during a drug trafficking crime or during a crime of violence, then in addition to a sentence for the drug trafficking or violent crime, you will also be subject to an *additional* federal sentence of 5 years (no parole) to life imprisonment. If you are convicted for having a gun during a *second* violent crime or drug trafficking offense, penalty is a minimum 25 years.

If you violate your parole granted by the Parole and Commutation Board, by owning or possessing a firearm or imitation of a firearm, or are in the company of anyone you know to possess these items, without prior permission from your agent, your parole will be revoked and you will serve an *additional* **60 months** in prison for the violation.

**Certification of Notice:** I have read or have been read the above notice of these Federal Statutes and Michigan Parole Condition, and have received a copy of this form.

| HUNTER, CARL | 229916 |
|---|---|
| Prisoner Printed Name | Prisoner Number |
| | |
| Prisoner Signature | Date |
| | |
| Witness Printed Name | Date |
| | |
| Witness Signature | |

Distribution: Original – Institution File
Copy – Prisoner

*4-138-B, 02/03/2014, clg*

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Cpl Hunter Effusive Trustee World

**DEFENDANTS**
District of Asia, Joseph Biden, Ronald Harris

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____

FILED
DEC 03 2021
U.S. DISTRICT COURT
E.D. MICHIGAN

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Case: 2:21-cv-12830
Judge: Michelson, Laurie J.
MJ: Grand, David R.
Filed: 12-03-2021
CMP HUNTER vs. DISTRICT OF ASIA, et al (tt)

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane — [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability — [ ] 367 Health Care | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [x] 320 Assault, Libel & Slander — Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability — Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine — [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | ~~450 Commerce~~ |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [x] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle — **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability — [x] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury — [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice — [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | — [x] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/Exchange |
| | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** — **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights — **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting — [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment — [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/Accommodations — [ ] 530 General | | [ ] 871 IRS --Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment — [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other — **Other:** [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application [ ] 465 Other Immigration Actions | | |
| | [ ] 448 Education — [ ] 550 Civil Rights / [ ] 555 Prison Condition / [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE 12-3-2021
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____